UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23959-DAMIAN

OTTO ARCHIVE, LLC,

    Plaintiff,

v.

HAUTE RESIDENCES LLC,
and HAUTE LIVING INC.,

    Defendants.

_____

**JOINT REQUEST TO ATTEND STATUS CONFERENCE BY ZOOM**

Defendants, HAUTE RESIDENCES LLC and HAUTE LIVING INC. and Plaintiff, OTTO ARCHIVE, LLC jointly request that the Status Conference currently scheduled for May 15, 2024 at 10:00 a.m. be conducted by zoom and further state:

The Court has scheduled a Status Conference in this case for May 15, 2024 at 10:00 a.m. which requires in-person attendance. The parties jointly request that the Status Conference be conducted by zoom. The parties are currently engaged in settlement communications, with the most recent settlement offer conveyed on May 9, 2024, and would like to conserve the expenditure of additional attorney's fees, if possible, in hopes of reaching a settlement.

WHEREFORE, Defendants, HAUTE RESIDENCES LLC and HAUTE LIVING INC. and Plaintiff, OTTO ARCHIVE, LLC jointly request that the Status Conference scheduled for May 15, 2024 at 10:00 a.m. be conducted by zoom, and for any further relief that this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| COPYCAT LEGAL PLLC | KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L. |
| 3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone:  (877) 437-6228<br>dan@copycatlegal.com<br>meghan@copycatlegal.com | 201 S. Biscayne Boulevard<br>Twenty Seventh Floor<br>Miami, FL 33131<br>Telephone: (305) 379-9000<br>tmeyers@klugerkaplan.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| By: /s/ *Meghan Medacier*<br>Daniel DeSouza<br>Florida Bar No.:  19291<br>Meghan Medacier<br>Florida Bar No.: 1035608 | By: /s/ *Terri Ellen Tuchman Meyers*<br>   Terri Ellen Tuchman Meyers<br>   Florida Bar No.:  881279<br>   Danella Williams<br>   Florida Bar No.: 1002672 |