UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-23959-CIV-DAMIAN

**OTTO ARCHIVE, LLC,**

    Plaintiff,

v.

**HAUTE RESIDENCES LLC**, and **HAUTE LIVING INC.**,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** came to be heard on May 15, 2024, for a Status Conference. For the reasons stated on the record in open court, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **STAYED** pending ongoing settlement discussions.

2. The Parties shall file a Joint Status Report on or before **June 5, 2024**, updating the Court as to the status of settlement negotiations, if any.

3. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. In the event the case does not settle or the parties fail to file a status report as directed above, the case will be returned to this Court's active docket.

**DONE AND ORDERED** in the Southern District of Florida, this 15th day of May, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE